■ JESSIE LABANOWSKI, Appellant, v. BOULEVARD HOSPITAL et al., Respondents.— In a negligence action to recover damages for personal injuries, plaintiff appeals from three orders and a judgment of the Supreme Court, Queens County, as follows: an order entered June 2, 1965 which granted defendants' motion to dismiss the complaint on the ground of plaintiff's willful and unreasonable failure to appear for a pretrial examination theretofore ordered by the court; the judgment entered thereon on September 3, 1965; an order entered August 10, 1965, which denied plaintiff's motion to resettle the order entered June 2, 1965 so as to include in her papers in opposition to defendants' said motion a certain doctor's certificate; and an order entered April 30, 1965, which denied plaintiff's motion for leave to serve and file an amended and supplemental complaint and bill of particulars. Orders and judgment affirmed, with one bill of $10 costs and disbursements. No opinion. Beldock, P. J., Christ, Brennan and Rabin, JJ., concur; Hopkins, J., concurs with respect to the orders entered August 10, 1965 and April 30, 1965, but dissents with respect to the order entered June 2, 1965 and the judgment entered thereon and votes to vacate said

judgment and to reverse said order and to deny the motion to dismiss the complaint, on condition that plaintiff submit to pretrial examination on a date to be fixed by due notice or stipulation, with the following memorandum: In my opinion the record does not demonstrate that plaintiff's failure to appear for pretrial examination was willful to a degree that would warrant dismissal of her complaint.